# UNITED STATES DISTRICT COURT
# EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| DAVID KEITH MCTHORN,<br><br>    Plaintiff,<br><br>vs.<br><br>Kilolo Kijakazi, Acting Commissioner of Social Security,<br><br>    Defendant. | Case No. 1:22-cv-01650-GSA<br><br>ORDER OF REMAND AND TO ENTRY OF JUDGMENT PURSUANT TO STIPULATION<br><br>(Doc. 15) |

    Based on the parties' Stipulation (Doc. 17), it is **ORDERED** that this action is remanded to the Commissioner of Social Security pursuant to Sentence Four of 42 U.S.C. § 405(g) for further proceedings consistent with the terms of the Stipulation (Doc. 17).

    The Clerk of Court is directed to enter judgment in favor of Plaintiff David Keith McThorn and against Defendant Kilolo Kijakazi, acting Commissioner of Social Security.

IT IS SO ORDERED.

    Dated:  **August 8, 2023**                  **/s/ Gary S. Austin**
                                                              UNITED STATES MAGISTRATE JUDGE